FILED

08/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0351

In the Matter of:

L.L.M.-W.,

An Alleged Mentally Ill Person,

Respondent and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 10, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 31 2023